**Order entered March 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01635-CV

### MONIQUE WATTS AND SHEDRICK JONES, Appellants

### V.

### BEALIE HANCOCK, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-03931-E**

## ORDER

The Court has before it appellants' March 14, 2013 motion to extend time for amended

brief. The Court **GRANTS** the motion and **ORDERS** appellants to file their amended brief by

April 22, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE